UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JAMESETTA LELAND | CIVIL ACTION NO. 16-cv-1000 |
| VERSUS | JUDGE FOOTE |
| XTO ENERGY CORP., ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **dismissed with prejudice** for failure to state a claim on which relief may be granted.

Plaintiff is warned that if she files even one more meritless case with this court she will likely be subjected to sanctions, which may include (1) a requirement that she obtain preapproval from a district judge for any future filings, (2) a prohibition against filing in forma pauperis without a certification of good faith from the court, and (3) an order that she pay monetary sanctions.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ___ day of _____, 2016.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE